IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MADELINE RESTO RODRÍGUEZ,**

    Plaintiff,

    v.

**ASOCIACIÓN DE CONDÓMINOS DEL CONDOMINIO PLAYA ESMERALDA, GIRONA INVESTMENTS, INC., CM CONTRACTORS, INC., RAY, MELÉNDEZ & ASOCIADOS,** a professional partnership composed by **MANUEL A. RAY and JUAN L. MELÉNDEZ FRESNADA,** individually and in representation of their respective conjugal partnerships, **ELECTRIC SERVICE CORPORATION, ELECTROMATIC OF P.R., INC., PREFERRED RISK INSURANCE CO., NATIONAL INSURANCE COMPANY, UNIVERSAL INSURANCE COMPANY,**

    Defendants.

CIVIL NO. 97-2919 (HL)

RECEIVED & FILED
1999 SEP 27 AM 10: 59
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

### ORDER

The Court hereby APPROVES the "Joint Stipulation for Dismissal of Action with Prejudice" filed by the remaining parties in this case on Sept. 22, 1999 (Docket No. 38).

**SO ORDERED.**

At San Juan, Puerto Rico, this 26th day of September, 1999.

HÉCTOR M. LAFFITTE
Chief, U.S. District Judge