# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO



MADELINE RESTO RODRIGUEZ,
  Plaintiff,

    v.

                          **CASE NUMBER:** 97-2919

ASOCIACION DE CONDOMINOS DEL
CONDOMINIO PLAYA ESMERALDA, et al.
  Defendants.

| MOTION | ORDER |
|---|---|
| **Date Filed:** 10/29/99    **Docket #41**<br>[X] **Plffs**   [ ] **Defts**   [ ] **Other**<br>**Title:** Motion for Return of Non-resident Bond | **Granted.** The Clerk shall return to plaintiff's attorney, Jorge Miguel Suro Ballester, the $300 non-resident bond. |

Date //-02-99

HECTOR M. LAFFITTE
Chief U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By: | # |